XAVIER BECERRA, State Bar No. 118517
Attorney General of California
WILLIAM C. KWONG, State Bar No. 168010
Supervising Deputy Attorney General
LUCIA Q. LI, State Bar No. 309355
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone: (415) 510-3478
 Fax: (415) 703-5843
 E-mail: Lucia.Li@doj.ca.gov
*Special Appearance*[1]

**IT IS SO ORDERED**
Judge Yvonne Gonzalez Rogers
2/17/2021

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **CYMEYON HILL,**<br><br>          Plaintiff,<br><br>     v.<br><br>**DeFRANCO, et al.,**<br><br>          Defendants. | 4:20-cv-04027-YGR (PR)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>(Fed. R. Civ. P. 41(a)(1)(A)(i)) |

Plaintiff Cymeyon Hill voluntarily dismisses this action with prejudice under Federal Rules of Civil Procedure 41(a)(1)(A)(i).

Dated: 2-3-21

Cymeyon Hill
*Plaintiff in Pro Se*

SF2021400106
42521108.docx

---

[1] The Office of the Attorney General is making a Special Appearance for the purpose of this voluntary dismissal by Plaintiff.

1

# CERTIFICATE OF SERVICE

Case Name:   *Hill, Cymeyon v. DeFranco, et al.*   Case No.   4:20-cv-04027

I hereby certify that on February 9, 2021, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**
**(Fed. R. Civ. P. 41(a)(1)(A)(i))**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On February 9, 2021, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Cymeyon Hill (V-53300)
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050
*in pro per*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on February 9, 2021, at San Francisco, California.

|  B. Chung | /s/ B. Chung |
|---|---|
| Declarant | Signature |

SF2020400145/42549206.docx